**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-6856**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

REGINALD ANTHONY FALICE,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Graham C. Mullen, Senior District Judge. (3:98-cr-00244-GCM-1)

Submitted: November 21, 2017                    Decided: November 27, 2017

Before WYNN and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Reginald Anthony Falice, Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Reginald Felice appeals the district court's text order denying his motion to dismiss his federal criminal conviction for lack of jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm. *See United States v. Falice*, No. 3:98-cr-00244-GCM-1 (W.D.N.C. June 20, 2017).

We deny Falice's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*